**Stephen M. Feldman, OSB No. 93267**; feldm@perkinscoie.com
**Thomas R. Johnson, OSB No. 01064**; johnt@perkinscoie.com
PERKINS COIE LLP
PacWest Center, Suite 1500
1211 S.W. Fifth Avenue
Portland, OR  97204-3715
Telephone:  (503) 727-2000
Facsimile:  (503) 727-2222

      Attorneys for Plaintiffs

**Jerre B. Swann**; jswann@kilpatrickstockton.com
**William H. Brewster**; bbrewster@kilpatrickstockton.com
**R. Charles Henn, Jr.**; chenn@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555

      Of Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ADIDAS AMERICA, INC.** and **ADIDAS-SALOMON AG**,<br><br>      Plaintiffs,<br><br>    v.<br><br>**TARGET CORP., E. S. ORIGINALS, INC., B.U.M. INTERNATIONAL, INC.**, and **ACI INTERNATIONAL, INC.**,<br><br>      Defendants. | NO. CV01-1582 RE<br><br>**STIPULATION OF DISMISSAL**<br><br>By All Parties<br><br>Pursuant to Fed. R. Civ. P. 41(a) |

1- STIPULATION OF DISMISSAL

[21184-0009/PA030580.035]

PERKINS COIE LLP
1211 S.W. FIFTH AVENUE, SUITE 1500
PORTLAND, OREGON 97204
(503) 727-2000

Pursuant to Federal Rule of Civil Procedure 41(a), the above parties, by and through their undersigned counsel, hereby stipulate to dismissal of this matter with prejudice and without costs or other award to any party.

IT IS SO STIPULATED:

Counsel for Plaintiffs:

**PERKINS COIE LLP**

By:/s/ Stephen M. Feldman
   Stephen M. Feldman, OSB No. 93267
   Thomas R. Johnson**,** OSB No. 01064

Dated: February 28, 2003

Counsel for Defendants:

**LANE POWELL SPEARS LUBERSKY LLP**

By:/s/ Kenneth R. Davis, II
   Milo Petranovich, OSB No. 81337
   Kenneth R. Davis, II, OSB No. 97113

Dated: Feb. 28, 2003

2- STIPULATION OF DISMISSAL

[21184-0009/PA030580.035]

**PERKINS COIE LLP**
1211 S.W. FIFTH AVENUE, SUITE 1500
PORTLAND, OREGON 97204
(503) 727-2000

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATION OF DISMISSAL** on the following attorneys by causing to be mailed a true copy thereof, contained in a sealed envelope, with postage prepaid, addressed to said defendants in care of their registered agents and/or to their attorneys of record at their regular office addresses and deposited in the post office at Portland, Oregon, on this day:

Milo Petranovich
Kenneth R. Davis, II
Lane Powell Spears Lubersky LLP
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
  Attorneys for Defendants Target Corp.,
  B.U.M. International, Inc., E. S. Originals,
  Inc., and ACI International, Inc.

Martin W. Schiffmiller
Lisa A. Pieroni
Kirschstein, Ottinger, Israel
  & Schiffmiller, P.C.
489 5th Avenue
New York, NY  10017
  Attorneys for Defendant E. S. Originals, Inc.

Vincent H. Chieffo
Frank E. Merideth
Greenberg Traurig LLP
Suite 400E
2450 Colorado Boulevard
Santa Monica, CA  90404
  Attorneys for Defendants Target Corp.,
  B.U.M. International, Inc., and ACI
  International, Inc.

DATED:  February 28, 2003

PERKINS COIE LLP

By /s/ Stephen M. Feldman
  Stephen M. Feldman, OSB No. 93267
  Thomas R. Johnson, OSB No. 01064
  Telephone:  (503) 727-2000

Attorneys for Plaintiffs

1- CERTIFICATE OF SERVICE

[21184-0009/PA030580.035]

PERKINS COIE LLP
1211 S.W. FIFTH AVENUE, SUITE 1500
PORTLAND, OREGON 97204
(503) 727-2000