AO 120 (3/85)

| TO:  Commissioner of Patents and Trademarks  Washington, D.C. 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In compliance with 35 U.S.C. 290 and/or 15 U.S.C. §1116 you are hereby advised that a court action has been filed on the following patent(s) or trademark(s) in the U.S. District Court, District of Oregon

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 01-1582 RE | 10/25/01 | DISTRICT OF OREGON - PORTLAND |
| PLAINTIFF | | DEFENDANT |
| Adidas America, Inc et al | | Target Corporation et al |

| TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 1,815,956 | 01/11/94 | Adidas AG |
| 2. 1,833,868 | 05/03/94 | Adidas AG |
| 3. 2,278,589 | 09/21/99 | Adidas AG |
| 4. 870,136 | 05/27/69 renewed 04/02/90 | Adidas AG |
| 5. 961,353 | 06/19/73 renewed 06/19/93 | Adidas AG |
| 6. 2,016,963 | 11/19/96 | Adidas AG |
| 7. 2,058,619 | 05/0697 | Adidas AG |
| 8. 1,174,229 | 02/04/92 | Adidas AG |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION Order of Dismissal dated 03/05/03

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| DONALD M. CINNAMOND, CLERK | Patricia Hunt for Rochelle Traub | March 5, 2003 |